# TREVARTHEN, APPELLANT, *v.* PEELER, ADMINISTRATOR, RESPONDENT.

(No. 2,643.)

(Submitted April 7, 1909.   Decided April 16, 1909.)

[101 Pac. 149.]

[For syllabus, see *Pengelly* v. *Peeler, ante,* p. 26, 101 Pac. 147.]

*Appeal from District Court, Flathead County; J. E. Erickson, Judge.*

ACTION by Mary Trevarthen against D. R. Peeler, as administrator of Jacob Fine, deceased.   From an order setting aside a default judgment, and permitting defendant to answer, plaintiff appeals.   Affirmed.

*Mr. Charles W. Pomeroy,* and *Messrs. Carpenter, Day & Carpenter,* for Appellant.

*Mr. C. H. Foot,* and *Mr. W. H. Poorman,* for Respondent.

MR. JUSTICE SMITH delivered the opinion of the court.

The record in this case discloses substantially the same situation as that found in *Pengelly* v. *Peeler, ante,* p. 26, 101 Pac. 147, and on that authority the order appealed from is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.